STEVE ESTOK, PLAINTIFF-RESPONDENT, v. FORDS FOUNDRY COMPANY, RESPONDENT-PETITIONER, AND RAYMOND F. MALE, COMMISSIONER OF LABOR AND INDUSTRY AS TRUSTEE FOR THE SECOND INJURY, RESPONDENT-RESPONDENT.

*Mr. Isidor Kalisch* for the petitioner.

*Messrs. Mandel, Wysoker, Sherman, Glassner, Weingartner & Feingold, Mr. George F. Kugler, Jr.,* and *Mr. Lawrence G. Moncher* for the respondents.

March 10, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY RUSSO, DEFENDANT-PETITIONER.

*Mr. William Pollack* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Arnold B. Levin* for the respondent.

March 10. 1970. Denied.